*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 2, 2017                    522971
_____

In the Matter of DEANDRAE
    WOODS,
                         Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION et al.,
                         Respondents.
_____

Calendar Date:   November 29, 2016

Before:   McCarthy, J.P., Garry, Egan Jr., Clark and Aarons, JJ.

                     _____


        Deandrae Woods, Cape Vincent, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                     _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Egan Jr., Clark and Aarons, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court